**1014**

## In the Matter of the MADISON CORPORATION, Debtor.
### No. 417.

Circuit Court of Appeals, Second Circuit.
May 17, 1937.

Shaine & Weinrib, of New York City (Maurice L. Shaine and Edward J. Mallin, both of New York City, of counsel), for appellant.

McLaughlin & Stern, of New York City (Irving L. Ernst, David W. Kahn, and Martin Lippman, all of New York City, of counsel), for respondent Tribune Real Estate Corporation.

Harris Jay Griston, of New York City, for appellee William Frankel.

Kadel, VanKirk & Trencher, of New York City (John Kadel and Nicholas R. Jones, both of New York City, of counsel), for appellee Property Management, Inc.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

## Newell MEACHEM, Appellant, v. UNITED STATES of America, Appellee.
### No. 7675.

Circuit Court of Appeals, Sixth Circuit.
April 7, 1937.

J. R. Surrency, of Memphis, Tenn., for appellant.

William McClanahan, U. S. Atty., of Memphis, Tenn.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that no steps have been taken to prosecute this appeal since the filing of the typewritten transcript of record on September 12, 1936, it is ordered that the appeal be docketed and dismissed, the costs to be charged against the government as constructive earnings.

## The MIDLAND MUTUAL LIFE INSURANCE COMPANY, v. COMMISSIONER OF INTERNAL REVENUE.
### No. 7001.

Circuit Court of Appeals, Sixth Circuit.
May 11, 1937.

Francis J. Wright and Earl F. Morris, both of Columbus, Ohio, for appellant.

Frank J. Wideman, Robert H. Jackson, Sewall Key, and Helen R. Carloss, all of Washington, D. C., for appellee.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

It appearing from the mandate and opinion of the Supreme Court of the United States filed herein on April 16, 1937, that the judgment of this court is reversed and that it be remanded to this court for further proceedings in conformity with the opinion of the Supreme Court, pursuant thereto it is now ordered that the decision of the Board of Tax Appeals in this cause be, and the same is, affirmed.